

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Valdo Rodriguez v. Nora Avila

Appellate case number:   01-15-00976-CV

Trial court case number:  1056402

Trial court:                    County Civil Court at Law No. 1

This case involve an appeal from a judgment signed on October 12, 2015. Appellant timely filed his notice of appeal on November 11, 2015. *See* TEX. R. APP. P. 26.1. The record was due on February 9, 2015. *See* TEX. R. APP. P. 4.1(a), 35.1. The clerk's record has been filed. The reporter's record has not been filed.

On March 4, 2016, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless he provided proof of payment for preparation of the reporter's record or proof of having made payment arrangements for the reporter's record by April 4, 2016, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that he has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).


Judge's signature:      Chief Justice Sherry Radack
                             ☒ Acting individually      ☐ Acting for the Court

Date: April 12, 2016